UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IRIS CALOGERO <br> PLAINTIFF <br> <br> V. <br> <br> SHOWS, CALI & WALSH, LLP a <br> Louisiana Limited Liability Partnership; <br> MARY CATHERINE CALI, an individual; and <br> JOHN C. WALSH, an individual | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION <br> <br> NO. 2:18-cv-06709 <br> <br> JUDGE: LANCE M. AFRICK <br> <br> MAGISTRATE JUDGE: <br> DANIEL E. KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

**NOW INTO COURT,** through undersigned counsel, come Defendants, SHOWS, CALI & WALSH, LLP, MARY CATHERINE CALI, AND JOHN C. WALSH, who, for the reasons set forth in the accompanying Memorandum in Support, respectfully move this Court to dismiss with prejudice Plaintiff's Complaint, in its entirety, under Fed. R. Civ. P. 12(b)(6) for Failure to State a Claim.

Respectfully Submitted,

**FRILOT LLC**

*s/Allen J. Krouse*
**DAVID S. DALY (La. No. 20774)**
**ELLIOT M. LONKER (La. No. 24527)**
**ALLEN J. KROUSE, III (La. No. 14426)**
1100 Poydras St., Suite 3700
New Orleans, LA 70163
Daly Phone:   (504) 599-8329
Daly Fax:   (504) 599-8139
Daly Email:   DDaly@Frilot.com
Krouse Email:  akrouse@frilot.com

*Counsel for Defendants, Shows, Cali &*
*Walsh, LLP, Mary Catherine Cali, and*
*John C. Walsh*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of September, 2018, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

             s*/Allen J. Krouse*