UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IRIS CALOGERO<br>PLAINTIFF | * * * * | CIVIL ACTION<br><br>NO. 2:18-cv-06709 |
| V. | * * | JUDGE: LANCE M. AFRICK |
| SHOWS, CALI & WALSH, LLP a<br>Louisiana Limited Liability Partnership;<br>MARY CATHERINE CALI, an individual; and<br>JOHN C. WALSH, an individual | * * * * | MAGISTRATE JUDGE:<br>DANIEL E. KNOWLES, III |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that SHOWS, CALI & WALSH, LLP, MARY CATHERINE CALI, AND JOHN C. WALSH shall bring on for submission its Motion to Dismiss for Failure to State A Claim before the Honorable Lance M. Africk, United States District Court, Eastern District of Louisiana, 500 Poydras Street, Court Room C427, New Orleans, Louisiana 70130 at <u>9:00 a.m</u>. on the 3rd day of October 2018, or as soon thereafter as counsel may be heard.

Respectfully Submitted,

**FRILOT LLC**

*s/Allen J. Krouse*
**DAVID S. DALY (La. No. 20774)**
**ELLIOT M. LONKER (La. No. 24527)**
**ALLEN J. KROUSE, III (La. No. 14426)**
1100 Poydras St., Suite 3700
New Orleans, LA 70163
Daly Phone: (504) 599-8329
Daly Fax: (504) 599-8139

Daly Email: DDaly@Frilot.com
Krouse Email: akrouse@frilot.com
***Counsel for Defendants, Shows, Cali &
Walsh, LLP, Mary Catherine Cali, and
John C. Walsh***

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of September, 2018, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

s/*Allen J. Krouse*