UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IRIS CALOGERO | * | CIVIL ACTION |
| PLAINTIFF | * | |
| | * | NO. 2:18-cv-06709 |
| | * | |
| V. | * | JUDGE: LANCE M. AFRICK |
| | * | |
| SHOWS, CALI & WALSH, LLP a | * | MAGISTRATE JUDGE: |
| Louisiana Limited Liability Partnership; | * | DANIEL E. KNOWLES, III |
| MARY CATHERINE CALI, an individual; and | * | |
| JOHN C. WALSH, an individual | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 78.1, Defendants, SHOWS, CALI & WALSH, LLP, MARY CATHERINE CALI, AND JOHN C. WALSH, respectfully request oral argument on the Motion to Dismiss for Failure to State A Claim. Undersigned counsel suggests that oral argument may assist the Court in evaluation of arguments set forth in the subject motion. Defendants respectfully request that oral argument be set for the Court's next available motion day, October 3, 2018. A Notice of Submission has been filed contemporaneously herewith.

        Respectfully Submitted,

        **FRILOT LLC**

        *s/Allen J. Krouse*
        **DAVID S. DALY (La. No. 20774)**
        **ELLIOT M. LONKER (La. No. 24527)**
        **ALLEN J. KROUSE, III (La. No. 14426)**
        1100 Poydras St., Suite 3700
        New Orleans, LA 70163
        Daly Phone:   (504) 599-8329
        Daly Fax:      (504) 599-8139
        Daly Email:    DDaly@Frilot.com
        Krouse Email:  akrouse@frilot.com

*Counsel for Defendants, Shows, Cali &  
Walsh, LLP, Mary Catherine Cali, and  
John C. Walsh*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of September, 2018, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

s/*Allen J. Krouse*