# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

No. 19-30558

_____

United States Court of Appeals
Fifth Circuit

**FILED**

August 17, 2020

Lyle W. Cayce
Clerk

IRIS CALOGERO, on her own behalf and on behalf of all others similarly situated,

> Plaintiff - Appellant

v.

SHOWS, CALI & WALSH, L.L.P., a Louisiana Limited Liability Partnership; MARY CATHERINE CALI; JOHN C. WALSH,

> Defendants - Appellees

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:18-CV-6709

_____

Before WIENER, GRAVES, and WILLETT, *Circuit Judges*.

## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that defendants-appellees pay to plaintiff-appellant the costs on appeal to be taxed by the Clerk of this Court.



Certified as a true copy and issued
as the mandate on Sep 08, 2020

Attest:

Clerk, U.S. Court of Appeals, Fifth Circuit