UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IRIS CALOGERO | CIVIL ACTION |
| VERSUS | NO. 18-6709 |
| SHOWS, CALI & WALSH, LLP, *et al.* | SECTION M (3) |

### ORDER & REASONS

Before the Court is a motion to dismiss for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure filed by defendants Shows, Cali & Walsh, LLP, Mary Catherine Cali, and John C. Walsh (collectively, "Defendants").[1] Defendants have answered all three of plaintiffs' complaints.[2] A Rule 12(b)(6) motion that is filed after an answer is treated as a motion for judgment on the pleadings under Rule 12(c) of the Federal Rules of Civil Procedure. *La. Newpack Shrimp, Inc. v. Ocean Feast China, Ltd.*, 2021 WL 5083796, at *3 (E.D. La. Nov. 2, 2021). The same standard is applied under both rules. *Id.* Plaintiffs respond in opposition, pointing the Court to multiple documents that are appropriately considered in addressing the issues raised by Defendants' motion but which are not incorporated into the complaint, as amended.[3] Having considered the parties' memoranda, the record, and the applicable law, the Court finds that the issues raised in the motion are beyond the scope of the pleadings and must be determined on motions for summary judgment.

Accordingly,

IT IS ORDERED that Defendant's motion to dismiss (R. Doc. 147) is DENIED.

---

[1] R. Doc. 147.
[2] R. Docs. 58; 101.
[3] R. Doc. 172.

2

IT IS FURTHER ORDERED that Plaintiff's motion to strike exhibit 1 to Defendant's motion to dismiss (R. Doc. 173) is DISMISSED as moot.

New Orleans, Louisiana, this 8th day of February, 2022.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE