UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IRIS CALOGERO | CIVIL ACTION |
| VERSUS | NO. 18-6709 |
| SHOWS, CALI & WALSH, LLP, *et al.* | SECTION M (3) |

## **JUDGMENT**

In accordance with this Court's Order & Reasons (R. Doc. 244),

IT IS ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of defendant Shows, Cali & Walsh, LLP DISMISSING all of plaintiffs' claims for relief against it, with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of defendant Mary Catherine Cali DISMISSING all of plaintiffs' claims for relief against her, with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of defendant John C. Walsh DISMISSING all of plaintiffs' claims for relief against him, with prejudice.

New Orleans, Louisiana, this 12th day of July, 2022.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE