UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IRIS CALOGERO, *et al.* | CIVIL ACTION |
| VERSUS | NO. 18-6709 |
| SHOWS, CALI & WALSH, LLP, *et al.* | SECTION M (3) |

### ORDER OF DISMISSAL

The Court having granted final approval of the Class Settlement Agreement, as amended,

IT IS ORDERED that the action be and it is hereby dismissed pursuant to the terms of the settlement agreement and without prejudice to the right, upon good cause shown, to reopen the action or seek summary judgment enforcing the settlement agreement if the settlement is not consummated within 90 days or such other time as is reasonable. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

New Orleans, Louisiana, this 3rd day of April, 2025.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE